Submitted April 30, affirmed June 6, petition for review denied October 4, 2012 (352 Or 564)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## JUAN FERNANDO ALCAZAR,
*Defendant-Appellant.*

Multnomah County Circuit Court
040130362; A145093

280 P3d 401

Peter Gartlan, Chief Defender, and Neil F. Byl, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Andrew M. Lavin, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Haselton, Chief Judge, and Duncan, Judge.

PER CURIAM

Affirmed. *State v. Cervantes*, 232 Or App 567, 223 P3d 425 (2009).